KENNETH HAVERLY ET AL. *v.* VIOLET D'ALTON ET AL.
(5377)

DUPONT, C. J., BORDEN and SPALLONE, Js.

Submitted on briefs June 1—decision released June 19, 1987

*William T. Barrante* filed a brief for the appellants (defendants).

*Alfred P. Forino* filed a brief for the appellees (plaintiffs).

PER CURIAM. We have scrutinized the record and briefs submitted with this appeal. After affording the defendants' claims of error the appropriate scope of review, we find them to be without merit.

There is no error.